FILED
RICHARD W. NAGEL
CLERK OF COURT

8/17/2020

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

ROBERT L. ATKINSON
(Enter Above the Name of the Plaintiff in this Action)

3:20-CV-306

Judge Walter H. Rice
Magistrate Judge Michael J. Newman

vs.

TONI D. ATKINSON
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

N/A

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

ROBERT LEE ATKINSON
Name - Full Name Please - PRINT

1921 S. GETTYSBURG AVE.
Street Address

DAYTON, OHIO 45417
City, State and Zip Code

(937) 856-2575
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __TONI D. ATKINSON__
   Name - Full Name Please

   __617 N. SHERRY DR.__
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☑ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

ADDITIONAL PAGES ATTACHED....

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

PLAINTIFF ROBERT ATKINSON, CONTENDS THAT I AM NOW HOMELESS ALSO RECOVERING FROM A BROKEN SOUL AN ALSO RECOVERING FROM COVID-19 VIRUS. PLAINTIFF STATES THERE IS DUE COMPENSATION AND/OR OWING FROM THE DEFENDANT THE SUM OF $100,000 DOLLARS.

THE DEFENDANT IS PLAINTIFF'S WIFE SINCE 3/7/2018. DEFENDANT INJECTED THE PLAINTIFF WITH HERPES (STD). WHEREFORE, PLAINTIFF DISCOVERED DEFENDANTS (STD) MEDICATION ON THE FLOOR OUTSIDE DEFENDANTS PURSE. DEFENDANT SEXUALLY TRANSMITTED DISEASE WAS WITH HELD FROM PLAINTIFF.

PLAINTIFF AND DEFENDANT DID TRANSPORT OURSELVES TO PLAINTIFFS PRIVATE AND PERSON DR. MARQUETTA COLBERT. PLAINTIFF BLOOD RESULTS LATER PLAINTIFF, WAS PROPORTIONALLY INFECTED WITH HERPES BY MERE DECEPTION AND INHERENT GROUP OR YEARS OF LIES TO HER HUSBAN (PLAINTIFF). PLAINTIFF, BELIEVES HE SHOULD'VE BEEN AFFORDED THE CHANCE BY DEFENDENT TO KNOW ABOUT DEFENDENT'S SEXUALLY TRANSMITTED DISEASE AND RESPONSIBILITY FOR THOSE RISK SHE DID IGNORE WHILE CHOSING TO WITH HOLD DEFENDENTS MEDICAL...... CONDITION AND/OR HEALTH INFECTION. PLAINTIFF ALLOWED THE DEFENDENT TO MOVE INTO HIS PREVIOUS APT. AT 3754 KINGS HIGHWAY, DAYTON, OHIO.

PLAINTIFF, CONTENDS THAT THERE WILL BE 14 MILLION NEW CASES OF STD INFECTION THIS YEAR, AND 65 PERCENT OF THOSE CASES WILL OCCUR WHERE THEY'RE SEXUAL PARTNERS WILL NOT BE AFFORDED ANY OPPORTUNITY TO KNOW ABOUT THE OTHERS PARTNERS SEXUAL TRANSMITTED UNCURABLE DISEASE. THROUGH THE MISLEADING AND FALSE LIES PLAINTIFF DID SUFFER DEEP SEATED PAIN BY THE DEFENDENTS CARELESSNESS. PLAINTIFF'S INJURY EXTENDED TO MEDICAL TREATMENTS AND MEDICATIONS ALSO SEVER HARDSHIPS.

PAGE CONT...

1 OF 7

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

PLAINTIFF, REQUEST THAT THE COURT WILL ASSIST HIM WITH COMPENSATION AGAINST DEFENDANT. WHICH WILL ALLOW PLAINTIFF TO HAVE THE "LIFE" BACK HE DID HAVE BEFORE DEFENDANT MALICIOUSLY DESTROYED MY LIFE EXPLAINED IN PLAINTIFF'S WRITTEN CIVIL COMPLAINT.

PLAINTIFF, ALSO REQUEST THE COURT TO ALLOW ME TO GATHER THE FACTS AND/OR EVIDENCE FROM JAIL PHONE RECORDING FROM THE MONT. COUNTY JAIL FROM FEB/2019 - JUNE/2019 AlSO FROM OCT 7, 2019 - MAY 3, 2020.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 21 day of JULY, 20 20.

Robert L. Atticnson
Signature of Plaintiff

-4-

ATTACHED page(s)　　　　　　　　　　　　　2 OF 3

　　PLAINTIFF SAYS THAT THERE IS DUE AND OWING FROM THE DEFENDANT THE SUM OF $6,000 DOLLARS ALSO FOR THE WIFE TONI ATKINSON, PASSING A "STD" TO HER HUSBAND ROBERT L. ATKINSON, TO WIT, THIS "STD" GIVEN TO HER HUSBAND IS A UNCURABLE SEXUAL DISEASE FOR LIFE, (HERPES)

　　ALSO, BECAUSE OF TONI ATKINSON'S, ACTS OF ADMITTED AND "RECORDED" ADULTERY VIDEO ON THE DEFENDANT'S CELL PHONE DID CAUSE PLAINTIFF TO LOSE HIS APARTMENT ALSO LOSE SOCIAL SECURITY MONTHLY BENEFITS FOR UP TO 7-8 MONTHS AND BECAME "DESTITUTE" AND/OR ALSO WRONGFULLY PLACED IN THE MONT. COUNTY JAIL FROM OCT 7, 2019 - MAY 3, 2020.

　　PLAINTIFF, ROBERT L. ATKINSON, CONTENDS ALSO THAT DEFENDANT TONI ATKINSON, DID VIOLATE HER OWN RESTRAINING ORDER ON OCT 6, 2019 BY ENTERING PLAINTIFF'S APARTMENT 3190 VALERIE ARMS DR. APT. 10 ON THE ABOVE MENTIONED DATE AND SHOWED HER HUSBAND A MOBLE CELL PHONE "RECORDED" VIDEO OF DEFENDANT/HERSELF INSERTING A "10 INCH METAL ROD DOWN THE PENIS OF HER LOVER.

CONTINUES →

CONTINUE.... 3 of 7

Defendant, Toni Atkinson, did allow her lover to place her inside a "Sex" cage handcuffed and shackled naked, and allowed her lover to insert sex toys inside her vigina. Defendant, aduitereous cruel conduct caused Plaintiff Robert L. Atkinson, sever trauma, tortore, also mental pain and suffering to the extent Plaintiff was examined by Dr. Anthony-Bird, (Psychiatrist) on Nov/2019 and determined severly traumatized and admitted into a "Mental" Hospital (Summit) for "Trauma" Care Services and Mental Treatments, for shaken and emotional injury's based upon this traumatic marriage or Defendant's engaging in Outrageous Aduitereous Misconduct.

Plaintiff, is currently Homeless because of this Defendant's Aduitereous conduct and "cannot" seek any montary damages in Divorce Court due to court rules for a "Two" year short marriage which must be between 3-5 years marriage. Nor does Plaintiff have any monies to seek or hire a divorce attorney.

CONTINUED..... 4 OF 7

..... PATIENTS WITH EASILY CURABLE STDs LIKE GONORRHEA OR SYPHILIS DO NOT SUFFER AS MUCH AS PLAINTIFF'S EMOTIONAL AND PSYCHOLOGICAL COMPLICATION EVEN AFTER THE ILLNESS HAS TO BE TREATED DAILY WITH MEDICATION. ALSO BUT WITH DISEASES LIKE "INCURABLE" GENITAL HERPES OR CHRONIC CONDYLOMA (GENITAL WARTS) THE SHAME AND ANGER ARE NOT SO QUICK TO DISSIPATE.

PLAINTIFF, HAD PRAYED ON THIS VIRUS AND REQUEST COMPENSATION OF "FIFTHY" THOUSAND DOLLARS ($50,000) FOR NEGLIGENT TRANSMISSION AND MISREPRESENTATION RESULTING INFECTION, "TIME MAGAZINE STATED, "THE UNSUSPECTING PERSON WHO PICKS UP HERPES FROM A PARTNER IS HIT WITH A DOUBLE WHAMMY: EVIDENCE OF BETRAYAL AND A LIFE LONG DISEASE AS A MOMENTO OF THE EVENT.

CIVIL LIABILITY
THE LAW OF TORT DAMAGES

.... A PERSON CAN BE LIABLE FOR DAMAGES IF HE OR SHE IS FOUND TO HAVE COMMITTED A TORT. A TORT IS A WRONGFUL ACT OR INJURY COMMITTED BY ONE PERSON AGAINST ANOTHER.

PLAINTIFF, REQUEST THAT THE CIVIL COURT/MAGISTRATE WOULD FIND "MERIT" AND ALLOW PLAINTIFF TO PROCEED THIS CIVIL CLAIM AGAIN DEFENDANT TONI-ATKINSON, FOR NEGLIGENTS, INTENTIONAL, STRICT LIABILITY, ALSO PAIN AND SUFFERING TORTS. THE CODE OF CIVIL PROCEDURES DOES ALLOW INJURED PARTYS TO SEEK CIVIL CLAIMS FOR TORTS GOVERNED BY THE LAWS OF EACH PARTICULAR STATE EITHER TWO TYPES: INTENTIONAL OR NEGLIGENT.

DEFENDANT'S ACTIONS BY SHOWING HER HUSBAND: A MOBILE CELL PHONE VIDEO OF HERSELF HAVING SEX WITH ANOTHER MAN AND/OR INCERTING A "13" STEEL MEDAL ROD DOWN OR LOVERS PENIS. ALSO ALLOWING HER LOVER TO PLACE HER NUDE BODY INSIDE A CAGE HANDCUFFED AN SHACKLED AND/OR INFECTING HER HUSBAND WITH A UNCURABLE DISEASE IS CONSIDERED......

6 OF 7

.... THE "INTENT" TO COMMIT HARM - THE ACTUAL, CONSCIOUS DESIRE ON THE PART OF ONE PERSON TO INFECT THE OTHER.

IN THIS CATEGORY, SUIT CAN BE BROUGHT FOR THE FOLLOWING REASONS:

1. INTENTIONAL TRANSMISSION OF DISEASE
2. BATTERY
3. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
4. FRAUD [WILLFUL CONCEALMENT]
5. MISREPRESSENTATION [DECEIT]

"CAUSATION"

PLAINTIFF, CAN PROVE THE CAUSE OF HIS INJURIES, HOMELESSNESS, JAIL, LOST OF BENEFITS (SSDI), COVIC #19 VIRUS, AND ET., al CAN ALL BE TRACED TO THE DEFENDANT. ALSO PLAINTIFF REQUEST THAT THE CIVIL MAGISTRATE/JUDGE DOES "ORDER" ALL THE JAIL RECORDED PHONE RECORDS TO DEFENDANT'S CELL PHONE TO PROVE THE FACTS AND DEFENDANTS OWN VOLUNTARY STATEMENTS OF ADULTERY AND INFECTING PLAINTIFF WITH A STD.

Finally, because plaintiff is homeless and still recovering from the corona virus he prays the Civil Magistrate/Judge will allow plaintiff to file this claim as a (indigent) litigant.

Plaintiff, states the Defendant has been living in their marritual home while plaintiff is in a Homeless Shelter for men. Plaintiff, states these are the (Legal) Facts under Tort Law described – herein plaintiff's civil complaint.

Respectfully Submitted,
Robert Atkinson
Robert L. Atkinson
1921 S. Gettysburg Ave.
Dayton, Ohio
45417