UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROBERT L. ATKINSON,

    Plaintiff,

vs.

TONI D. ATKINSON,

    Defendant.

Case No. 3:20-cv-306

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 3); (2) DISMISSING *PRO SE* PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE PURSUANT TO 28 U.S.C. § 1915; (3) DIRECTING THAT SERVICE OF PROCESS NOT ISSUE: AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (doc. 3), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge (doc. 3) in its entirety; (2) **DISMISSES** *pro se* Plaintiff's complaint **WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915; (3) **DIRECTS** that service of process not issue; and (4) **TERMINATES** this case on the Court's docket.

    **IT IS SO ORDERED.**

Date: 10-19-20

                                          Walter H. Rice
                                          United States District Judge