AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | ) | |
|---|---|---|
| Robert L. Atkinson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:20-CV-306 |
| Toni Atkinson | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pro Se Plaintiff's Complaint is Dismissed without Prejudice Pursuant to 28 U.S.C. § 1915

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rice on a motion for Report and Recommendations.

Date: 10/21/2020

CLERK OF COURT

*(signature)* Kaylin Atkinson
Signature of Clerk or Deputy Clerk